IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANITA J.,

     Plaintiff,                               Case No.: 3:23-cv-341

vs.

COMMISSIONER OF THE SOCIAL           District Judge Michael J. Newman
SECURITY ADMINISTRATION,             Magistrate Judge Chelsey M. Vascura

     Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 13); (2) AWARDING EAJA ATTORNEY'S FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $2,750.00; AND (3) THE CASE REMAINS TERMINATED ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. No. 13.  The parties have stipulated to an award of $2,750.00 in attorney's fees and no costs, for a total award of $2,750.00,[1] in full satisfaction and settlement of any and all claims EAJA claims Plaintiff may have in the instant case.  *Id*.

For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $2,750.00.  As

---

[1] The parties' stipulation notes that they have agreed to an award that does not include any amount of costs, which leaves a total award of $2,750.00.  Doc. No. 13.  However, in one place the parties refer to a total award of $3,100.00.  *Id*.  This appears to be a mere typographic error.  If it is not, and the total award should be $3,100.00 in EAJA fees, the parties may file a motion to vacate the instant award and an amended stipulation.

no further matters remain pending for review, this case remains **TERMINATED** upon the Court's

docket.

      **IT IS SO ORDERED.**

May 6, 2024                                 s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge